JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI SADRARHAMI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NATIONAL DOCUMENT PROCESSING, LLC d/b/a NATIONAL STUDENT LOANS,<br><br>Defendant. | Case No.: **8:18-cv-00459-JVS-DFM**<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff, and without prejudice to the putative class.

IT IS SO ORDERED.

Dated: October 11, 2018     By: _____

JAMES V. SELNA
United States District Judge

---

PROPOSED ORDER                      1